IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DANIEL FITZPATRICK,

      Appellant,

    v.

                                Case No.  5D21-2593
                                LT Case No. 2019-CF-001991-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Matthew J. Metz, Public Defender, and Ali L.
Hansen, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson Hall,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.